UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| REBECCA SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:19-cv-00233-JPH-MJD |
| | ) |
| ANDREW M. SAUL Commissioner of the Social Security Administration, | ) ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING MOTION FOR ATTORNEY FEES**

Defendant Andrew Saul has moved for an agreed order granting Plaintiff $9,045.49 in attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). Dkt [22]. Plaintiff Rebecca Smith has consented to the amount and method of payment. *Id.* at 2.

The Court therefore **GRANTS** the motion, dkt. [22], and awards Plaintiff $9,045.49 in attorney fees under the EAJA. Any fees paid belong to Ms. Smith and not her attorney and can be offset to satisfy any pre-existing debt that the litigant owes the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010).

**SO ORDERED.**

Date: 11/23/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Christie O'Brien Tate
SOCIAL SECURITY ADMINISTRATION
christie.tate@ssa.gov

Julian Clifford Wierenga
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
julian.wierenga@usdoj.gov

Adriana Maria de la Torre
THE DE LA TORRE LAW OFFICE LLC
adriana@dltlawoffice.com

Carina M. de la Torre
DE LA TORRE LAW OFFICE LLC
carina@dltlawoffice.com